COMPLAINT by PRISONER UNDER THE CIVIL RIGHTS ACT. 42 U.S.C.1983.

NAME   WEAVER        WILLIE
        (LAST)      (FIRST) (INITIAL)

PRISONER NUMBER   J-91389

INSTITUTIONAL ADDRESS PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.

UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER   CV 08   1389

ENTER THE FULL NAMES OF PLAINTIFF IN THIS ACTION

                VS.

CORRECTIONAL OFFICER
DANIAL

ENTER THE FULL NAME OF DEFENDANTS IN THIS ACTION

CASE NO.
TO BE PROVIDED
by THE CLERK
OF COURT)

COMPLAINT UNDER
THE CIVIL RIGHTS
ACT 42 U.S.C 1983

(ALL QUESTIONS ON THIS COMPLAINT FORM MUST BE ANSWERED IN ORDER FOR YOUR ACTION TO PROCEED. .)

L. EXHAUSTION OF ADMINISTRATIVE REMEDIES

NOTE: YOU MUST EXHAUST YOUR ADMINISTRATIVE REMEDIES BEFORE CLAIM CAN GO FORWARD, THE COURT WILL DISS MISS ANY UNEXHAUSTED CLAIMS)

A. PLACE OF PRESENT CONFINEMENT P.S.U

B. IS THERE A GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES (X) NO ( )

C. DID YOU PRESENT THE FACTS IN YOUR COMPLAINT FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE? YES (X) NO ( )

D. IF YOUR ANSWER IS YES LIST THE APPEAL NUMBER AND THE DATE AND RESULT OF THE COMPLAINT

-1-

APPEAL AT EACH LEVEL OR REVIEW
IF YOU did NOT PURSUE A CERTAIN
LEVEL OF APPEAL EXPLAIN WHY.
1. INFORMAL APPEAL _____
2. FIRST FORMAL LEVEL _____
3. SECOND FORMAL LEVEL _____

E. IS THE LAST LEVEL TO WHICH
YOU APPEALED THE highEST LEVEL
OF APPEAL AVAILABLE TO YOU?
        YES ( )   NO ( )
F. IF YOU did NOT PRESENT YOUR CLAIM
FOR REVIEW Through THE GRIEVANCE
PROCEDURE. _____

II. PARTIES
A. WRITE YOUR NAME AND YOUR PRESENT
ADDRESS. DO THE SAME FOR ADDITIONAL
PLAINTIFFS, IF ANY. STILL BEING
        PROCESSED

B. WRITE THE FULL NAME OF EACH
dEFENDANT his OR hER OFFICIAL
POSITION, AND his ORhER PLACE
OF EMPLOYMENT.
    PELICAN BAY STATE PRISON
    CORRECTIONAL OFFICER DANIAL
        03/05/08

COMPLAINT        - 2 -

STATEMENT OF CLAIM
STATE HERE AS BRIEFLY AS POSSIBLE
THE FACTS, OF YOUR CASE. BE SURE TO
DECRIBE HOW EACH DEFENDANT IS
INVOLVED AND HOW TO INCLUDE DATE
WHEN POSSIBLE DO NOT GIVE ANY
LEGAL ARGUMENTS, OR CITE ANY
CASES OR STATUTES, IF YOU HAVE
MORE THAN ONE CLAIM, EACH
CLAIM SHOULD BE SET FORTH IN
A SEPARATE NUMBERED PARAGRAPH
   CORRECTIONAL OFFICER DANIAL
REFUSE/TO STOP HARRASSING PLAINTIFF
ON 03/05/08 HE YELLED, SCREAMED
OUT "I, HATE YOU, SON A BITCH,
ON 03/05/08 HE SLAMS PLAINTIFF
TRAY SLOT "DOING BREAKFAST,
PUTT ON PLAINTIFF CUFFS TO THE
C/O DANIAL'S HE'S TAKEN OUT PLAINTIFF
FOOD FRUM HIS LUNCHES, LUNCH MEAT
ALSO, CORRECTIONAL OFFICER DANIAL
SHOWED DELIBERATE INDIFERENCE
UNDER THE EIGHT AMENDMENT THAT
IV. RELIEF CONSTITUTE CRUEL UNUSUAL
   YOUR COMPLAINT CANNOT GO FORWARD
UNLESS YOU REQUEST SPECIFIC RELIEF.
STAT BRIEFLY EXACTLY WHAT YOU
WANT ARE THE COURT TO DO FOR YOU
MAKE NO LEGAL ARGUMENTS!. CITE
NO CASES OR STATUTES.
        LIABILITY DAMAGES: 25,000
   TWENTY FIVE THOUSAND DOLLARS
   DUE TO; HARRASSMENT'S, CONSPIRACY
U.S. CONSTITUTIO VIOLATIONS.
PUNITIVE DAMAGES; 25,000 TWENTY
FIVE THOUSAND DOLLARS DUE TO;
MENTAL ANGUISH, STRESS DISODRER.

   I DECLARE UNDER PENALTY OF PERTURY
THAT THE FORGOING IS TRUE AND CORRECT.
SIGNED THIS ___ 03 ___ DAY OF 05 JU 08
COMPLAINT
                    - 3 -