FILED 08 MAY -9 PM 12:54

E-filing

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

WILLIE WEAVER

Plaintiff,

vs.

PELICAN BAY STATE PRISON

Defendant.

CASE NO. ____________________

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS** JW

(PR)

I, WILLIE WEAVER, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ____________________ Net: ____________________

Employer: ________________________________________

________________________________________

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

SACRAMENTO, AIR PORT 300 WEEKLY
1200 MONTHLY

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment — Yes ___ No ✓

b. Income from stocks, bonds, or royalties? — Yes ___ No ✓

c. Rent payments? — Yes ___ No ✓

d. Pensions, annuities, or life insurance payments? — Yes ___ No ✓

e. Federal or State welfare payments, Social Security or other government source? — Yes ___ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

______

______

3. Are you married? Yes ___ No ✓

Spouse's Full Name: ______

Spouse's Place of Employment: ______

Spouse's Monthly Salary, Wages or Income:

Gross $______ Net $______

4. a. List amount you contribute to your spouse's support:$ ______

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

______________________________________________

______________________________________________

5. Do you own or are you buying a home? Yes ____ No _✓_

Estimated Market Value: $____________ Amount of Mortgage: $____________

6. Do you own an automobile? Yes ____ No _✓_

Make ______________ Year ____________ Model ______________

Is it financed? Yes _____ No _✓_ If so, Total due: $______________

Monthly Payment: $ ____________

7. Do you have a bank account? Yes ____ No _✓_ (Do not include account numbers.)

Name(s) and address(es) of bank: ______________________________

______________________________________________

Present balance(s): $ ______________________________

Do you own any cash? Yes ____ No _✓_ Amount: $ ______________

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No _✓_

______________________________________________

8. What are your monthly expenses?

Rent: $ ____________________ Utilities: ____________________

Food: $ ____________________ Clothing: ____________________

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| ____________ | $ ____________ | $ ____________ |
| ____________ | $ ____________ | $ ____________ |
| ____________ | $ ____________ | $ ____________ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

______________________________________________

______________________________________________

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

______________________________________________

______________________________________________

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

03/21/08 — DATE

Willie Weaver — SIGNATURE OF APPLICANT